253 So.2d 65

## A. J. TOUPS COMPANY, Inc.

v.

## DIXIE BUILDING MATERIAL COMPANY, Inc.

### No. 51668.

### Oct. 15, 1971.

In re: Dixie Building Material Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 250 So.2d 111.

Writ refused. The judgment is not final.

253 So.2d 65

## Albert C. ABADIE

v.

## EMPLOYERS GROUP INSURANCE CO. and Earl Lewis, Sr.

### No. 51670.

### Oct. 15, 1971.

In re: Albert C. Abadie, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 250 So.2d 84.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.